UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSHOMBE M. KELLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. HERRERA, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-1894 JAM CKD P<br><br><br><br>ORDER |

This pro se prisoner civil rights action proceeds on Eighth Amendment excessive force claims against defendants Baker, Engellenner, Haring, Herrera, and Thorell. Defendants have answered the complaint. As this case has been identified as potentially appropriate for referral to the court's Alternative Dispute Resolution program, before issuing a pretrial scheduling order the court will explore whether settlement talks before a Magistrate Judge would be beneficial.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall, within 30 days from the date of this order, inform the court's Alternative Dispute Resolution (ADR) division, in writing, if they believe a settlement conference would be beneficial, at the following address, fax number, or email address:

////

1

|   |   |
|---|---|
| 1 | ADR Division |
| 2 | Attention: Sujean Park |
| 3 | U.S. District Court |
| 4 | 501 I Street, Suite 4-200 |
| 5 | Sacramento, CA 95814 |
| 6 | Fax: (916) 491-3912 |
| 7 | Email: spark@caed.uscourts.gov |

Dated:  January 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / kell1894.sett

2