IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TSHOMBE M. KELLEY,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**A. HERRERA, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:16-cv-01894-JAM-CKD (P)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** |

　　The Court, having considered Defendants' request for a fourteen-day extension of time to respond to Plaintiff's Second Set of Interrogatories, and good cause appearing:

　　**IT IS HEREBY ORDERED:** Defendants Baker, Engellenner, Haring, Herrera, and Thorell have until September 25, 2017, to respond to Plaintiff's Second Set of Interrogatories.

Dated: September 13, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE