IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TSHOMBE M. KELLEY,** | Case No. 2:16-cv-01894-JAM-CKD (P) |
| Plaintiff, | **ORDER** |
| v. | |
| **A. HERRERA, et al.,** | |
| Defendants. | |

Based on Defendants' request to seal Basic Correctional Officer Academy training records, and good cause appearing, the Clerk of the Court shall permanently seal ECF pages fourteen and fifteen of Plaintiff's motion for partial summary judgment. (ECF No. 30 at 14-15.)

**IT IS ORDERED.**

Dated: October 25, 2017

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/kell1894.m2seal.docx