IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TSHOMBE M. KELLEY,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**A. HERRERA, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:16-cv-01894-JAM-CKD (P)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

　　　The Court, having considered Defendants' first request for a thirty-day extension of time to reply to Plaintiff's opposition to Defendants' motion for summary judgment, and good cause appearing:

　　　**IT IS HEREBY ORDERED:** Defendants Baker, Engellenner, Haring, Herrera, and Thorell, have until February 2, 2018, to reply to Plaintiff's opposition.

Dated: January 4, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1